# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **MICHEL O COLLAZO GONZALEZ**<br>SSN xxx-xx-0435<br><br>Debtor(s) | CASE NO: **19-05370-EAG**<br><br>**Chapter 13** |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **09/19/2019**                    First Meeting Date: **10/25/2019 at 10:00AM**

Days From Petition Date: **39**                         341 Meeting Date: **10/25/2019 at 10:00AM**

910 Days Before Petition: **03/23/2017**                Confirmation Hearing Date: **11/15/2019 at 3:30PM**

Chapter 13 Plan Date: **10/10/2019** ☐ Amended          Plan Base: **$34,680.00**   Plan Docket #**9**

This is Debtor(s) **5** Bankruptcy petition.             This is the **1** scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:   Total Paid In: **$0.00**

Check/MO# **MO SHOWED EVIDENCE**

Date: _____          Amount: $ **150.00**

---

*APPEREANCES:    ☐ Telephone     ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK          Joint Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK

☒ Examined    ☐ Not Examined under Oath             ☒ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s):  ☐ Not Present   ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present          ☐ None

BPPR-VILCHES, FIRSTBANK-MELCHOR

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ALEXANDRA BIGAS VALEDON***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$500.00**    Outstanding (Through the Plan): **$3,500.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
                                                                     Projected Disposable Income: $ N/A

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00     Estimated Priority Debt: $ 26299.00

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately ($26,299.0

The Trustee:   ☐ NOT OBJECTS   ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 6 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☒ CLOSED   ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

- Debtor's circumstances changed; he now has a new job. The Trustee is hereby requesting pay stubs (or a certification from his employer) regarding income generated during the months of August to October/2019 for evaluation.

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor has failed to commence making plan payments.

[1325(a)(6)] Feasibility – Debtor(s) does not has/have the capacity to make proposed plan payments.

Debtor testified he is paying $700 for a rent, but the same is not listed

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with post-petition DSO payments.

Debtor has failed to provide evidence of being current with post-petition DSO payments up to the present date. Furthermore, debtor must continue providing such evidence up to case confirmation.

Claim 6 - ASUME-JESSICA CARATINI RIVERA, Debtor alleges he has no longer to pay such obligation, he must submit evidence the account has been closed.

Claim 5 - ASUME-VIRMARILIS FLORES MELENDEZ, Debtor showed evidence of October payment.

*OTHER COMMENTS / OBJECTIONS

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Oct 25, 2019
   Trustee

/s/ Juliel Perez, Esq., Presiding Officer

Last Docket Verified: 12     Last Claim Verified: 6